IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Cornelia Cifuentes Cifuentes,

                Plaintiff(s),

Case No. 05-1793 BR

**ORDER OF DISMISSAL**

    v.

United States of America, et al,

                Defendant(s)

Plaintiff's Motion (#14) to Voluntarily Dismiss this action is GRANTED;

IT IS HEREBY ORDERED THAT this action is DISMISSED.

Dated this __5th__ day of June, 2006.

                                      /s/ Anna J. Brown
                                      Anna J. Brown
                                      United States District Judge

**ORDER OF DISMISSAL**